**WALMAC COMPANY, Inc.**
v.
**Irving A. ISAACS.**
**No. 4841.**

United States Court of Appeals
First Circuit.
May 5, 1954.

Matthew W. Goring and Stephen B. Ives, Jr., Providence, R. I., on motion of appellee and memorandum in support thereof.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

Upon consideration of appellee's motion to docket and dismiss for lack of appellate jurisdiction, and after notice and no response, it is ordered that said motion be granted, that the case be docketed, and that the appeal be, and the same hereby is, dismissed for want of jurisdiction. 15 F.R.D. 344.

**Clarence Patrick ADKINS, Appellant,**
v.
**UNITED STATES of America,**
Appellee.
**No. 14830.**

United States Court of Appeals
Fifth Circuit.
May 11, 1954.

Bernard A. Golding, Houston, Tex., for appellant.

John C. Snodgrass, Asst. U. S. Atty., Brian S. Odem, U. S. Atty., Malcolm R. Wilkey, U. S. Atty., Houston, Tex., for appellee.

Before STRUM and RIVES, Circuit Judges, and DAWKINS, District Judge.

PER CURIAM.

Upon consideration of the record and briefs of the parties herein, and no reversible error appearing, it is ordered and adjudged that the judgment appealed from be, and the same is hereby

Affirmed.